UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON WINE COMPANY, a California Agricultural Cooperative,<br><br>Defendant. | Case No. 1:26-CV-05708-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On November 24, 2026, the parties filed their joint stipulation (ECF No. 12) to continue the December 1, 2026, scheduling conference to allow the parties sufficient time to pursue private mediation. Accordingly, the SCHEDULING CONFERENCE currently set for December 1, 2026, is continued to February 25, 2027, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE